UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM KERN,

                      Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------X

24 Civ. 9186 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated July 31, 2025 required the parties to submit a joint Proposed Civil Case Management Plan and Scheduling Order, and a joint status letter, by September 2, 2025;

WHEREAS, the initial pretrial conference is currently scheduled for September 9, 2025, at 3:15 P.M.;

WHEREAS, the parties failed to submit the required documents. It is hereby

**ORDERED** that the parties shall file a joint Proposed Civil Case Management Plan and Scheduling Order and a joint status letter as soon as possible and no later than **September 4, 2025**.

Dated: September 3, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE