UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM KERN,

                        Plaintiff,              24 Civ. 9186 (LGS)

      -against-                              ORDER

CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for September 9, 2025;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the September 9, 2025 initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if any party seeks to file a motion for summary judgment at the conclusion of discovery, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.6. The parties should be aware that fact and expert discovery deadlines will not be extended absent compelling circumstances.

Dated: September 8, 2025
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE